IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

HARRY LEE BOGGS, JR.,

    Plaintiff,

v.                            CIVIL ACTION NO.: CV613-055

Mr. HOOKS; Sergeant BROWN; and
Sergeant COOKS,

    Defendants.



## ORDER

Plaintiff sought to proceed *in forma pauperis* in this case brought pursuant to 42 U.S.C. § 1983. By Order dated May 22, 2013, Plaintiff was advised of the changes in procedures for filing and litigating prisoner civil rights suits brought about by the Prison Litigation Reform Act. Plaintiff was given until June 24, 2013, to notify the Court in writing as to whether, in light of the Prison Litigation Reform Act, he desired that his complaint be considered by the Court.

Plaintiff has failed to respond to that May 22, 2013, Order. Accordingly, as set forth in said Order, this action is **DISMISSED**, without prejudice.

**SO ORDERED**, this 25 day of July, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)